# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **UNDER SEAL** |
| **MOIRA LONDON,** | : | VIOLATIONS:  21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess with |
| Defendant. | : | Intent to Distribute 28 Grams or More of |
| | : | Cocaine Base and Heroin) |
| | : | FORFEITURE: 21 U.S.C. § 853(a) and (p) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between in or about January 2012 and November 2012, within the District of Columbia, the State of Delaware, and elsewhere, **MOIRA LONDON**, did knowingly and willfully combine, conspire, confederate and agree together with MUSTAFAH MUHAMMAD, also known as "Malik Akbar," "Michael Edwards," "Mike," "Mikey," "Stafah," and "Black," KABIE SECKA, also known as "Kabie Secka," "Forte Sanko," "Black," and "Blood," MARCUS WILCOXON, and other persons, both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was 28 grams or more, in violation of Title 21, United States

Code, Section 841(a)(1) and 841(b)(1)(B)(iii), and a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base and Heroin**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The property subject to forfeiture includes a money judgment for a sum of money equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One of this Information.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

        Respectfully submitted,

        RONALD C. MACHEN JR.
        United States Attorney
        D.C. Bar No. 447889

By: _____
        KENNETH F. WHITTED
        Assistant United States Attorney
        D.C. Bar No. 430346
        555 4th Street, NW, Suite 4820
        Washington, D.C. 20530
        (202) 252-7722